National Cash Register Company, Appellant, *v.* Boardman, Secretary of Revenue.

Argued May 24, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

160

162

*George ·L. Reed,* with him *Horenstein & Harvey,* for appellant.

*George · W. Keitel,* Assistant Deputy Attorney General, with him *Guy K. Bard,* Attorney General, for appellee.

Per Curiam, June 17, 1938:
This case is affirmed on the opinion of President Judge Richards, specially presiding in the court below.
Decree affirmed.